CRIMINAL COMPLAINT
**(Electronically Submitted)**

| **United States District Court** | **DISTRICT of ARIZONA** |
|---|---|
| United States of America<br>v.<br>**Rikky Boythe Avechuco Luevano**<br>DOB: 2002; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-06462MJ |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION**:
On or about June 3, 2026, in the District of Arizona, **Rikky Boythe Avechuco Luevano**, knowing and in reckless disregard of the fact that certain illegal aliens, Miriam Higuera-Burgos, had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:
On June 3, 2026, in the District of Arizona (Douglas), at approximately 6:10 a.m., Border Patrol Agents (BPAs) observed silver Hyundai sedan driving into a known load up location called the Rose Plant. BPAs noted this vehicle was out of place as the City of Douglas employees were observing the 4th of July holiday and were not currently working in the area. At approximately 6:20 a.m., BPAs observed the vehicle now leaving the Rose Plant. BPAs then turned their vehicle around and attempted to follow the silver Hyundai to investigate further but the vehicle appeared to speed away on Chino Road, dusting out BPAs. BPAs continued driving up Chino Road, to 5th Street, where they regained visual of the vehicle as it turned into a Walmart parking lot. As BPAs entered the parking lot, the vehicle parked in a Walmart pick-up parking spot and BPAs observed a female subject, wearing a black sports bra with white underlining and blue jeans, exit the vehicle and run into the Walmart. BPAs followed the female subject into the Walmart but lost visual. BPAs then asked Walmart security if they could use security camera footage to locate the female subject. At approximately 6:52 a.m., Walmart security found footage of the female subject running into the employee only back-room area. At 7:16 a.m., BPAs located and apprehended the female subject, later identified as Miriam Higuera-Burgos, who was hiding in a meat locker located in the employee only back-room. Higuera-Burgos was later determined to be a citizen of Mexico, illegally present in the United States. Records checks revealed that Higuera-Burgos does not possess the proper documentation to enter, pass through, or remain in the United States legally.

At this point, BPAs searched for the driver of the vehicle, who was suspected to be **Rikky Boythe ACECHUCO Luevano**, a known human smuggler in the Douglas Area of Responsibility, inside Walmart while other BPAs were assigned to stay with the vehicle in the parking lot. After miscommunication, BPAs lost visual of the vehicle and at approximately 7:55 a.m., the vehicle was reported as no longer being in the parking lot. BPAs requested the address for the registered owner of the vehicle in an attempt to relocate the vehicle. At approximately 8:37 a.m., BPAs located the silver Hyundai Elantra parked outside a residence located at 1500 Estrella Avenue, Douglas, Arizona.
**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Miriam Higuera-Burgos

| | |
|---|---|
| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL NAME and TITLE<br>Jeremy Sykes<br>Border Patrol Agent |
| **Sworn by telephone** x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>July 6, 2026 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Enderle

**Continued from front page.**

At this point, BPAs requested a tow for seizure for the vehicle. Shortly after, the registered owner of the vehicle exited the residence and asked BPAs what was going on. BPAs then informed the registered owner that they believed **AVECHUCO** had used the vehicle to transport Illegal Aliens (IAs) further into the United States, and the vehicle was now being seized, pending further investigation. BPAs asked the owner of the vehicle if they knew where **AVECHUCO** was to which they stated **AVECHUCO** was inside the house. The owner of the vehicle then entered the house and **AVECHUCO** exited shortly after. BPAs then took a photo of **AVECHUCO** and asked Higuera-Burgos, whos description of the driver that picked her up matched **AVECHUCO**, if she would be able to identify the driver. Higuera-Burgos agreed and when shown the picture of **AVECHUCO**, she acknowledged he was the driver that picked her up near the Rose Plant.

Material witness Miriam Higuera-Burgos stated she is a citizen of Mexico, and she was going to pay a total of $7,000 to be smuggled into the United States. She stated she was assisted over the Border Wall by two unknown smugglers and was instructed to walk north and wait in an area known to BPAs as the Rose Plant/City Yard. She stated a silver four-door vehicle, driven by a male subject, then arrived and she entered the front passenger seat. She stated as soon as the driver left the area, he knew that Border Patrol was following them and the driver was trying to decide what to do and where to drop her off. She stated the driver entered the Walmart parking lot and instructed her, in Spanish, to exit the vehicle and run and hide inside the Walmart. Higuera was able to positively identify **AVECHUCO** as the driver of the vehicle that picked her up from a photo lineup.

After waving his Miranda Rights, **Rikky Boythe AVECHUCO Luevano** stated he was contacted early in the morning and was asked to do a job for someone that smuggled IAs in Douglas. He stated he left his girlfriend's house, in her mother's vehicle, and was instructed to pick up an IA that was waiting near the border wall, near the "water pumps". He stated he drove to the area, which he was familiar with as he has picked up IAs in that area three or four times prior, and picked up one female subject. He stated he was going to be paid $200 for picking her up and taking her to a house in Douglas.